STATE v. LONGYEAR HOLDING COMPANY AND OTHERS.
NORTH STAR IRON COMPANY OF WEST VIRGINIA
AND OTHERS, APPELLANTS.[1, 2]

December 24, 1948.

No. 34,772.

See, State v. Longyear Holding Co. 224 Minn. 451, 29 N. W. (2d) 657.

*Holmes, Mayall, Reavill & Neimeyer, Arthur Roberts,* and *Pierce Butler,* for appellants.

*J. A. A. Burnquist,* Attorney General, and *William C. Green,* Special Assistant Attorney General, for the State.

PER CURIAM.

The assignments of error raise the identical questions presented on the former appeal from an order denying defendants' motion for a new trial. State v. Longyear Holding Co. 224 Minn. 451, 29 N. W. (2d) 657. Where an order denying a new trial has been affirmed on appeal, all questions that might have been raised therein are set at rest and cannot be raised on a subsequent appeal from the judgment. School Dist. No. 1 v. Aiton, 175 Minn. 346, 348, 221 N. W. 424, 425; Skog v. Pomush, 221 Minn. 11, 20 N. W. (2d) 530; 1 Dunnell, Dig. & Supp. § 398.

Hence, the decision on the former appeal is decisive here.

Judgment affirmed.

---

[1]Reported in 35 N. W. (2d) 291.

[2]Appeal to U. S. Supreme Court allowed February 17, 1949.